# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM LANGSTON MEADOR,

               Plaintiff,

    v.

JOHN DOES,

              Defendants.

_____/

CASE NO. 1:07-cv-00952-LJO-DLB-P

FINDINGS AND RECOMMENDATIONS
RECOMMENDING DISMISSAL OF ACTION
FOR FAILURE TO OBEY A COURT ORDER
AND FAILURE TO STATE A CLAIM

(Doc. 8)

      Plaintiff William Langston Meador ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on July 2, 2007.  On March 27, 2008, this court dismissed plaintiff's complaint, with leave to file an amended complaint within thirty (30) days from the date of service of the order.  (Doc. 8). More than thirty days have passed and plaintiff has not complied with or otherwise responded to the court's order.

      Local Rule 11-110 provides that "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action, with prejudice, based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g. Ghazali v.

1

1  Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v.

2  Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order

3  requiring amendment of complaint); Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988)

4  (dismissal for failure to comply with local rule requiring pro se plaintiffs to keep court apprised of

5  address); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to

6  comply with court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for

7  lack of prosecution and failure to comply with local rules).

8       In determining whether to dismiss an action for lack of prosecution, failure to obey a court

9  order, or failure to comply with local rules, the court must consider several factors: (1) the public's

10 interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk

11 of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and

12 (5) the availability of less drastic alternatives. Thompson, 782 F.2d at 831; Henderson, 779 F.2d at

13 1423-24; Malone, 833 F.2d at 130; Ferdik, 963 F.2d at 1260-61; Ghazali, 46 F.3d at 53.

14      In the instant case, the court finds that the public's interest in expeditiously resolving this

15 litigation and the court's interest in managing the docket weigh in favor of dismissal, as this case has

16 been pending since July 2, 2007.  The third factor, risk of prejudice to defendants, also weighs in

17 favor of dismissal, since a presumption of injury arises from the occurrence of unreasonable delay

18 in prosecuting an action.  Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976).  The fourth

19 factor -- public policy favoring disposition of cases on their merits -- is greatly outweighed by the

20 factors in favor of dismissal discussed herein.

21      Accordingly, the court HEREBY RECOMMENDS that this action be dismissed, with

22 prejudice, for failure to obey the court's order of March 27, 2008 and failure to state a claim upon

23 which relief may be granted.

24      These Findings and Recommendations are submitted to the United States District Judge

25 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within twenty (20)

26 days after being served with these Findings and Recommendations, plaintiff may file written

27 objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's

28 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

2  1153 (9th Cir. 1991).

3      IT IS SO ORDERED.

4      **Dated:**   **May 14, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE