# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN DOES,<br><br>          Defendants.<br>_____/ | CASE NO. 1:07-cv-00952-LJO-DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(Doc. 8) |

Plaintiff William Langston Meador, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 27, 2008, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 14, 2008, is adopted in full; and

1

2.      This action is dismissed, with prejudice, for failure to obey the court's order of March 27, 2008 and failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    June 30, 2008**                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE